**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Elizabeth E. Brown**

| | |
|---|---|
| In re: | ) |
| | ) |
| **KDA PROPERTIES, LLC** | ) Case No. 21-14821 EEB |
| **Tax ID #XX-XXX1526** | ) Chapter 11 Bankruptcy |
| | ) |
| Debtor. | ) |

**MOTION TO DISMISS CHAPTER 11 BANKRUPTCY**
**FOR CAUSE PURSUANT TO 11 U.S.C. 1112(b)(4)**

THIS COURT, having reviewed the Motion to Dismiss Chapter 11 Bankruptcy for Cause pursuant to 11 U.S.C. 1112(b)(4) filed by Pangea Mortgage Capital, LLC, the case file, and otherwise being advised in the premises, Orders that the Debtor's Chapter 11 bankruptcy is hereby dismissed without prejudice.

DATED this _____ day of _____, 2022.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Court Judge