# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>KDA PROPERTIES, LLC,<br>EIN 82-4821525,<br><br>Debtor. | Case No.: 21-14821-EEB<br><br>Chapter: 11 |

### STIPULATION RESOLVING OBJECTION TO DEBTOR'S AMENDED PLAN OF REORGANIZATION AND PANGEA MORTGAGE CAPITAL, INC'S MOTION TO DISMISS

Debtor-in-Possession, KDA Properties, LLC ("Debtor"), and Pangea Mortgage Capital, Inc. ("Pangea"), through their respective undersigned counsel, respectfully submit this Stipulation Resolving Pangea's Objection to Debtor's Amended Plan of Reorganization (Dkt. No. 75) and Pangea's Motion to Dismiss (Dkt. No. 73), and state as follows:

1. On September 21, 2021, Debtor filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code") in the United States Bankruptcy Court, District of Colorado. Dkt. No. 1.

2. Since then, the Debtor has operated as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

3. Debtor is the owner of certain real estate located at 1612 Wazee Street, Denver Colorado 80202[1] (the "Property"), which operated as a boutique hotel in downtown Denver (*i.e.,* Nativ Hotel, including the bar and lounge) before being forced to shut down due to the global coronavirus-19 pandemic.

---

[1] The legal description of the Property is set forth below:

> All that certain real property situated in the County of Denver, State of Colorado, described as follows:
> LOTS 13 AND 14, BLOCK 20, EAST DENVER
> CITY AND COUNTY OF DENVER, STATE OF COLORADO
> Commonly known as: 1612 Wazee Street, Denver, Colorado, 80202

4. Pangea is the first lienholder on the Property, and filed a Proof of Claim in the amount of $8,066,712.23, upon which Pangea continues to accrue interest at 24% per annum and incur attorney fees and costs (the "Pangea Outstanding Obligation").

5. Debtor filed its proposed plan for reorganization within the exclusivity period on December 20, 2021, as amended on January 10, 2022 (the "Plan"), at which time it also filed its Disclosure Statement. *See* Dkt. Nos. 71, 75, and 76. As set forth in both the Plan and Disclosure Statement, the Debtor intends to sell the Property by Auction (as defined therein and in the Auction Motion, defined below).

6. On January 6, 2022, Pangea filed a Motion to Dismiss Chapter 11 Bankruptcy for Cause Pursuant to 11 U.S.C. § 1112(b)(4) (the "Motion to Dismiss"). *See* Dkt. No. 73. Debtor obtained a 10-day extension of time to respond the Motion to Dismiss. Dkt. No. 86. On January 31, 2022, Debtor filed its objection to Pangea's Motion to Dismiss. *See* Dkt. No. 89.

7. On February 24, 2022, the Court, having received no objections thereto, and after notice and hearing, entered an Order approving the Disclosure Statement and the adequacy thereof. *See* Dkt. No. 92.

8. On March 28, 2022, Pangea filed its Objection to Confirmation of Debtor's First Amended Plan of Reorganization. Dkt. No. 108.

9. As of the date of this filing, no objections to the Plan have been filed or received other than Pangea's. The deadline for filing objections to the Plan was March 28, 2022. *See* Dkt. No. 92.

10. The Debtor filed its Ballot Summary Report on April 1, 2022, in accordance with the Court's directive for same. *See* Dkt. No. 109.

11. On March 24, 2022, Debtor filed Applications to Employ both Ten-X, LLC as auctioneer (Dkt. No. 96) and Marcus & Millichap as broker (Dkt. No. 99) to conduct a public auction for the sale of the Property. On the same day, Debtor also filed its Motion for Order to (1) Authorize and Schedule an Auction to Solicit Bids for the Sale of Debtor's Real Property, (2) Approve Auction and Bid Procedures, and (3) Schedule a Hearing to Consider Approval of the Sale (the "Auction Motion"; Dkt. No. 102), and a Motion to Approve Sale of Estate Property Free and Clear of All Liens, Claims, and Encumbrances by Auction Pursuant to 11 U.S.C. § 363(b) and (f) (the "363 Sale Motion"; Dkt. No. 105).

12. The Debtor and Pangea have reached an agreement resolving Pangea's Objection to Debtor's Amended Plan of Reorganization and Pangea's Motion to

Dismiss, the terms of which are as follows:

    a. Pangea hereby consents to Debtor's Applications to Employ Ten-X, LLC as auctioneer, and Marcus & Millichap as broker, to proceed with the public auction for the sale of the Property pursuant to the terms set forth in Debtor's Applications to Employ, as modified and subject to the terms of this Stipulation (the "Auction").

    b. The Auction must be held on or before June 6, 2022, and must generate a minimum offer to purchase the Property in the amount of at least $7,900,000.00.

    c. Provided the Debtor obtains a minimum offer of $7,900,000, the Debtor must deliver all net proceeds based on an offer of $7,900,000 to Pangea from the Auction in the amount of not less than $7,200,000.00 on or before June 30, 2022. "Net Proceeds" for purposes of this Stipulation shall mean gross sales price of $7,900,000, less all outstanding real estate taxes, including prorated 2022 real estate taxes, and other closing costs including Debtor's attorneys' fees, not to exceed 4% of the gross sales price. As a pre-condition to the auction, the Debtor must provide an affidavit to this Court and to Pangea breaking down the estimated costs of sale on or before April 30, 2022. The parties acknowledge that Ten-X will obtain its' compensation from the Buyer.

    d. In the event that the Auction generates a minimum offer of $7,900,000.00, and Net Proceeds are delivered to Pangea in the amount of not less than $7,200,000.00 by June 30, 2022, the Debtor shall be entitled to keep any remaining proceeds received from the Auction over $7,900,000.00.

    e. Provided that Pangea receives Net Proceeds of not less than $7,200,000.00 on or before June 30, 2022, and provided that the Debtor has timely complied with its obligations in 12(h) below, Pangea will consider the Pangea Outstanding Obligation fully satisfied, and release the Debtor, the co-borrower Nativ Denver, LLC, the guarantors, Kenneth C. Ware and Amin Suliaman, and all security interests securing the Pangea Outstanding Obligation, from any further liability on the Pangea Outstanding Obligation.

    f. The Court will dismiss the bankruptcy case upon submission of an Affidavit by Pangea if: i) the Auction does not generate a minimum offer of $7,900,000.00, or ii) if all Net Proceeds of not less than

$7,200,000.00 are not delivered to Pangea on or before June 30, 2022. In that event, Pangea shall be free to immediately proceed with its public trustee foreclosure sale on the Property, UCC sale of the personal property, and to utilize any other legal and equitable remedies collect all amounts due against the Debtor, Nativ Hotel, LLC, Amin Suliaman, Kenneth C. Ware, and any other collateral securing the debt owed to Pangea. In that event, the Debtor, through Kenneth C. Ware, agrees to work with Pangea in the turnover of the Property and the personal property.

g. In the event that the Auction fails to produce a minimum offer of $7,900,000.00, and a net of at least $7,200,000.00, paid to Pangea on or before June 30, 2022, Pangea, the Debtor, Nativ Hotel, LLC, Amin Suliaman and Kenneth C. Ware preserve all of their respective rights, claims, and defenses with respect to any deficiency, if any, following Pangea's foreclosure sale. However, the Debtor, Nativ Denver, LLC, Amin Suliaman and Kenneth C. Ware waive any and all avoidance and/or preference claims they may have against Pangea..

h. In exchange for Pangea's agreement to allow the Debtor to retain any amounts received at the Auction over $7,900,000.00, after delivery to Pangea of all Net Proceeds of not less than $7,200,000.00 on or before June 30, 2022, the Debtor agrees to provide Pangea with monthly historical financial information, including profits and losses related to all operations of the Property including, but not limited to the hotel, bar and lounge, from November 2020 forward that has not been previously provided, in the format previously provided, and to pay to Pangea on a monthly basis fifty percent (50%) of all net profits from such operations from the date of this Agreement until their ownership of the Property ceases to exist ("Operational Profits"). Such payments and accounting required under this section shall be due and payable on the 30th day of each month. Pangea's right to the Operational Profits shall be in addition to the Net Proceeds of not less than $7,200,000 from the auction.

13. The Parties request that the Court approve this Stipulation and make its terms an Order of the Court, and enter Orders approving the Applications for Approval, the Auction Motion, and the 363 Sale Motion, all subject to the terms of this Stipulation, specifically requesting Ten-X to acknowledge that the auction will not be deemed consummated or a valid sale unless there is a bid received of not less than $7,900,000 and Pangea has received Net Proceeds of not less than $7,200,000.

DATED: April 6, 2022.

Jointly submitted,

| | |
|---|---|
| **ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.** | **BROWN DUNNING WALKER FEIN P.C.** |
| *s/ Rachel A. Sternlieb* | *s/ David C. Walker* |
| Patrick D. Vellone, #15284 | Douglas W. Brown |
| Jeffrey A. Weinman, #7605 | David C. Walker |
| Rachel A. Sternlieb, # 51404 | 2000 South Colorado Blvd. |
| 1600 Stout Street, Suite 1900 | Tower Two, Suite 700 |
| Denver, CO 80202 | Tel: 303-329-3363 |
| Tel: (303) 534-4499 | dbrown@bdwf-firm.com |
| pvellone@allen-vellone.com | dwalker@bdwf-firm.com |
| jweinman@allen-vellone.com | |
| rsternlieb@allen-vellone.com | **ATTORNEYS FOR PANGEA MORTGAGE CAPITAL, INC.** |
| **ATTORNEYS FOR DEBTOR, KDA PROPERTIES, LLC** | |

NATIV DENVER, LLC                                      PANGEA MORTGAGE CAPITAL, INC.

_____        _____
BY: KENNETH C. WARE                                    BY:
ITS: MANAGING MEMEBR                                   ITS:

_____
BY: AMIN SULIAMAN
ITS: MANAGING MEMBER

WAZEE GROUP, LLC

_____
BY: AMIN SULIAMAN
ITS: MANAGING MEMBER

5

DATED: April 6, 2022.

Jointly submitted,

| | |
|---|---|
| **ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.** | **BROWN DUNNING WALKER FEIN P.C.** |
| *s/ Rachel A. Sternlieb* | *s/ David C. Walker* |
| Patrick D. Vellone, #15284 | Douglas W. Brown |
| Jeffrey A. Weinman, #7605 | David C. Walker |
| Rachel A. Sternlieb, # 51404 | 2000 South Colorado Blvd. |
| 1600 Stout Street, Suite 1900 | Tower Two, Suite 700 |
| Denver, CO 80202 | Tel: 303-329-3363 |
| Tel: (303) 534-4499 | dbrown@bdwf-firm.com |
| pvellone@allen-vellone.com | dwalker@bdwf-firm.com |
| jweinman@allen-vellone.com | |
| rsternlieb@allen-vellone.com | **ATTORNEYS FOR PANGEA MORTGAGE CAPITAL, INC.** |
| **ATTORNEYS FOR DEBTOR, KDA PROPERTIES, LLC** | |

NATIV DENVER, LLC

[signature]

BY: KENNETH C. WARE
ITS: MANAGING MEMEBR

[signature]

BY: AMIN SULIAMAN
ITS: MANAGING MEMBER

WAZEE GROUP, LLC

[signature]

BY: AMIN SULIAMAN
ITS: MANAGING MEMBER

PANGEA MORTGAGE CAPITAL, INC.

_____

BY:
ITS:

5

Jointly submitted,

| | |
|---|---|
| **ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.** | **BROWN DUNNING WALKER FEIN P.C.** |
| *s/ Rachel A. Sternlieb* | *s/ David C. Walker* |
| Patrick D. Vellone, #15284 | Douglas W. Brown |
| Jeffrey A. Weinman, #7605 | David C. Walker |
| Rachel A. Sternlieb, # 51404 | 2000 South Colorado Blvd. |
| 1600 Stout Street, Suite 1900 | Tower Two, Suite 700 |
| Denver, CO 80202 | Tel: 303-329-3363 |
| Tel: (303) 534-4499 | dbrown@bdwf-firm.com |
| pvellone@allen-vellone.com | dwalker@bdwf-firm.com |
| jweinman@allen-vellone.com | |
| rsternlieb@allen-vellone.com | **ATTORNEYS FOR PANGEA MORTGAGE CAPITAL, INC.** |
| **ATTORNEYS FOR DEBTOR, KDA PROPERTIES, LLC** | |

NATIV HOTEL, LLC

BY: _____
ITS: _____

WAZEE GROUP, LLC

BY: _____
ITS: _____

PANGEA MORTGAGE CAPITAL, INC.

BY: Scott Larson
ITS: Authorized Signatory

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 6th day of April, 2022, I electronically filed the foregoing, with the Clerk of Court and a copy was served *via* CM/ECF, in accordance with the applicable Fed. R. Bankr. P and L.B.R. on the following:

Jeffrey Weinman
Weinman & Associates, P.C.
730 17th St., Ste. 240
Denver, CO 80202
jweinman@weinmanpc.com

Alison Goldenberg
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294
Alison.Goldenberg@usdoj.gov

United States Trustee
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294
USTPRegion19.DV.ECF@usdoj.gov

Robert Graham
360 South Garfield Street, 6th Floor
Denver, CO 80209
bob@fostergraham.com

s/ *Terri M. Novoa*
ALLEN VELLONE WOLF HELFRICH & FACTOR, P.C.