# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>  KDA PROPERTIES, LLC,<br>  EIN 82-4821525,<br><br>        Debtor. | Case No.: 21-14821-EEB<br><br>Chapter: 11 |

### ORDER APPROVING STIPULATION RESOLVING OBJECTION TO DEBTOR'S AMENDED PLAN OF REORGANIZATION AND PANGEA MORTGAGE CAPITAL, LLC'S MOTION TO DISMISS

THIS MATTER having come before the Court on the Stipulation Resolving Objection to Debtor's Amended Plan of Reorganization and Pangea Mortgage Capital, LLC's Motion to Dismiss, jointly submitted by KDA Properties, LLC ("Debtor") and Pangea Mortgage Capital, LLC ("Pangea"); the Court having reviewed the Stipulation and its file with respect to this matter; and being advised in the premises, hereby finds

The Stipulation is APPROVED, and its terms are hereby adopted and made an Order of this Court.  The Court will enter separate Orders granting: (i) the Debtor's Applications to Employ both Ten-X, LLC as auctioneer (Dkt. No. 96) and Marcus & Millichap as broker (Dkt. No. 99) to conduct a public auction for the sale of the Property; (ii) the Debtor's Motion for Order to (1) Authorize and Schedule an Auction to Solicit Bids for the Sale of Debtor's Real Property, (2) Approve Auction and Bid Procedures, and (3) Schedule a Hearing to Consider Approval of the Sale (Dkt. No. 102); and (iii) the Debtor's Motion to Approve Sale of Estate Property Free and Clear of All Liens, Claims, and Encumbrances by Auction Pursuant to 11 U.S.C. § 363(b) and (f) (Dkt. No. 105); all of which shall be subject to the terms set forth in the Stipulation.

Dated: this ___ day of April, 2022

                                                                               BY THE COURT:

                                                                               _____

                                                                               Hon. Elizabeth E. Brown
                                                                               U.S. Bankruptcy Court Judge