**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: | |
| KDA PROPERTIES, LLC, | Case No.: 21-14821 EEB |
| EIN: 82-4821525 | |
| Debtor. | Chapter: 11 |

**[PROPOSED] ORDER GRANTING DEBTOR'S MOTION TO APPROVE STIPULATION WITH PANGEA MORTGAGE CAPITAL, INC. PURSUANT TO FED. R. BANKR. P. 9019(A)**

THIS MATTER is before the Court on the Motion for Order Approving Stipulation with Pangea Mortgage Capital, Inc. pursuant to Fed. R. Bankr. P. 9019(a) (the "**Motion**"), filed by Debtor-in-Possession, KDA Properties, LLC (the "Debtor"). The Court has reviewed the Motion and the file and is otherwise advised. It is hereby

ORDERED that the Debtor's Motion is GRANTED;

IT IS FURTHER ORDERED that the Debtor's Stipulation with Pangea Mortgage Capital, Inc. which is attached to the Motion as Exhibit A, is hereby APPROVED according to its terms and the Debtor is authorized to take all actions necessary to consummate the Stipulation.

DATED this ____ day of _____, 2022.

BY THE COURT:

_____
Hon. Thomas B. McNamara
United States Bankruptcy Judge