# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re:

|  |  |
|---|---|
| KDA PROPERTIES, LLC<br>EIN: 82-4821525<br>          Debtor. | Case No.: 21-14821 EBB<br>Chapter: 11 |

**ORDER GRANTING DEBTOR-IN-POSSESSION'S MOTION FOR ORDER TO (1) AUTHORIZE AND SCHEDULE AN AUCTION TO SOLICIT BIDS FOR THE SALE OF DEBTOR'S REAL PROPERTY, (2) APPROVE BID AND AUCTION PROCEDURES, AND (3) SCHEDULE A HEARING TO CONSIDER APPROVAL OF THE SALE**

THIS MATTER is before the Court on the Motion for Order to (1) Authorize and Schedule an Auction to Solicit Bids for the Sale of Debtor's Real Property, (2) Approve Bid and Auction Procedures, and (3) Schedule a Hearing to Consider Approval of the Sale (the "Motion"), filed by Debtor-in-Possession, KDA Properties, LLC ("Debtor"). The Court, having reviewed the Application, is advised in the premises and there being good cause therefore,

IT IS HEREBY ORDERED that the Debtor's Motion is GRANTED.

IT IS FURTHER ORDERED that the Auction Procedures attached to the Motion and hereto as **Exhibit A** are APPROVED;

IT IS FURTHER ORDERED that the Debtor shall be authorized to schedule an Auction as set forth in detail the Auction Procedures (Ex. A) to start on **June 6, 2022 at 12:00 p.m. EST (10:00 a.m. MST)** with bidding to remain open to Qualified Bidders until closing on **June 8, 2022**, at an afternoon time to be announced by the Auctioneer in advance thereto. For those wishing to participate in the Auction, the Qualification Procedures must be followed prior to the Qualification Deadline (i.e. **May 30, 2022 at 5:00 p.m. EST**) as set forth in detail in the Auction Procedures (Ex. A);

IT IS FURTHER ORDERED that a hearing to consider final approval of the Sale of the Property to the Winning Bidder following the conclusion of the Auction pursuant to the approved Bidding Procedures is set for **Thursday, June 16, 2022, at 9:30 a.m.,**

in the United States Bankruptcy Court, District of Colorado, Courtroom F, U.S. Customs House, 721 19th Street, Denver Colorado. The Debtor shall file a copy of the fully executed Sale Agreement for the Winning Bid, no later than June 10, 2022. **Objections to the sale, if any, shall be in writing and filed with the Court no later than <u>June 14, 2022.</u>**

IT IS FURTHER ORDERED that the Debtor shall forthwith serve this Order, the Bidding Procedures, and notice of the final Sale Hearing date on the following: (1) the U.S. Trustee; (2) all parties who have expressed a written interest in the Property; (3) all parties who are known or reasonably believed, after reasonable inquiry, to have asserted any lien, encumbrance, claim, or interest in the Property; (4) the Internal Revenue Service; (5) all applicable state and local taxing authorities; (f) all the Debtors' other creditors; (6) any other governmental agency that is known to the Debtor to be an interested party with respect to the Sale; (7) all other parties who are served with notice of this Motion; and (8) all parties that have requested or that are required to receive notice pursuant to Bankruptcy Rule 2002.

DATED this 26th day of April, 2022.

BY THE COURT:

Hon. Elizabeth E. Brown
U.S. Bankruptcy Court Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: | |
| KDA PROPERTIES, LLC | Case No.: 20-14821 EEB |
| EIN: 82-482152 | Chapter: 11 |
| Debtor. | |

## AUCTION AND BID PROCEDURES

1.    **Auction, Generally**. Debtor-in-Possession KDA Properties, LLC, (**"Debtor"**) will conduct a public auction of Debtor's real estate property located at 1612 Wazee Street, Denver, Colorado 80202 ("**Property**") through Ten-X, LLC ("**Ten-X**" or "**Auctioneer**"), which shall direct and preside over the auction. The auction shall be open to the public and conducted with a link to the auction site and a description of the Property, including photographs, through Ten-X's website (www.tenx.com).  Marcus & Millichap Real Estate Investment Services ("**M&M**" or "**Broker**") will assist and work with Ten-X as real estate brokers to conduct open houses and showings at the Property prior to the scheduled auction and facilitate communications with prospective buyers.

2.    **Auction Date**. The Property will be sold at public auction to be conducted on **June 6, 2022, at Noon (12:00 p.m.) E.S.T.**, with biding open through closing on **June 8, 2022** (at a time to be announced in advance thereof) or an alternate date agreed upon in writing, and at a time and location to be reasonably agreed upon by the Debtor, Ten-X and M&M.

3.    **Qualification of Bidders.** For those who wish to participate in the Auction as set forth herein, the below requirements must be met to be considered a "Qualified Bidder":

   a. Qualification Deadline: The deadline to submit all required qualification materials set forth in paragraph 3 shall be delivered to the Auctioneer (Ten-X) on or before **May 30, 2022**, at **5:00 p.m. EST**.

   b. Earnest Money Deposit**.** Any bidder desiring to qualify to make a bid shall provide a deposit in an amount not less than one-hundred thousand dollars ($100,000.00) in good funds to Auctioneer (Ten-X) on or before the Qualification Deadline (the "**Earnest Money Deposit**"), which will be

held in escrow. The Winning Bidder's Earnest Deposit will be applied towards the required Earnest Money Deposit, unless the Earnest Money Deposit was made *via* credit card hold, in which case, such hold will be released after confirmation that the Sale Agreement (defined below) have been fully executed and the Earnest Money Deposit has been timely received. All Earnest Money Deposits from participants other than the Winning Bidder will be released after the Auction has concluded.

c. <u>Proof of Funds</u>**.** Any bidder wishing to participate in the Auction and submit a bid shall deliver to the Auctioneer on or before the Qualification Deadline written evidence of the bidder's proof of funds, which may be in the form of a pre-qualification letter without any financing contingencies, current bank statements, sworn financial statements, and the like.

d. <u>Redlined Purchase and Sale Agreement</u>**.** All interested participants must deliver to the Auctioneer on or before the Qualification Deadline a redline version of a Purchase and Sale Agreement ("Sale Agreement") compared to the applicable Sale Agreement together with a clean version of the submitted Purchase Agreement executed by such bidder, which does not contain any financing contingencies.

e. <u>Notice of Qualification</u>. On or before the Auction Date, Ten-X, M&M, and/or the Debtor shall notify all interested participants who have submitted all required materials for qualification the status of their qualification to bid at the Auction.

f. ANY BIDDER FAILING TO COMPLY WITH THESE REQUIREMENTS MAY NOT BE CONSIDERED A QUALIFIED BIDDER.

g. Ten-X and/or the Debtor may modify waive, or impose additional Participation Requirements for certain Participants in its sole and absolute discretion or at the request of the seller, here the Debtor.

4.   **Preview, Inspection, and Open Houses.** For those interested parties that wish to do so, the Property may be viewed, in-person, prior to the scheduled Auction at 1612 Wazee Street, Denver, Colorado 80202. Interested participants who wish to preview the Property prior to the auction should contact the Broker to schedule such visit or preview, via email or telephone at the contact information provided below:

| | |
|---|---|
| Drew Isaac | Skyler Cooper |
| Marcus & Millichap | Marcus & Millichap |
| Drew.Isaac@marcusmillichap.com | Skyler.Cooper@marcusmillichap.com |
| (303) 328-2048 | (540) 522-9115 |

5.    **Due Diligence:** It is the responsibility of each interested participant to conduct his/her/its owns due diligence and investigate all matters relating to the Property, including, without limitation, legal matters, physical condition and attributes, environmental matters, economic matters, encumbrances and all other diligence aspects. Participants submit all bids at their own risk, regardless of whether a participant has physically inspected the Property or not. All Offers should be based solely on participant's independent due diligence and any information contained in the Sale Agreement. Participants are encouraged to consult with a licensed real estate broker, contractor, attorney, financial advisor, tax advisor and/or any other relevant professional.

6.    **Marketing**. Auctioneer shall use reasonable efforts in advertising and selling the Property by public auction, for the highest attainable price including, without limitation, advertising the Property, the preparation of signs, brochures, photographs and other forms of advertising and promotional activity.

   a.   Reimbursement of Marketing Expenses. Auctioneer shall be reimbursed for all actual and necessary expenses incurred to market the Property in advance of the auction. Such expenses shall include, but are not limited to, advertising, photography, preparation and production of auction brochures, signage, mailings, postage, telemarketing, the preparation and duplication of binders and packets, and other related information. Auctioneer shall submit a complete accounting and invoices for such marketing expenses in order to be reimbursed.

   b.   Marketing Decisions. All marketing decisions with respect to the auction shall be made solely by Auctioneer.

7.    **Reserve Price**. The reserve price for the Auction, or the minimum bid or offer that the Debtor would consider selling the Property for, shall be seven million and nine-hundred thousand dollars ($7,900,000.00) (the "**Reserve Price**").

8.    **Preliminary Bids**. Upon receiving notice of qualification from Auctioneer (Ten-X), Broker (M&M) and/or Debtor, all Qualified Bidders shall submit preliminary bids (as defined below) to Broker on or before **June 6, 2022, 12:00 p.m. EST (10:00 a.m. MST)**. For a preliminary bid to be considered, it must comply with the Qualified Bid Requirements set forth in paragraph 9, below (a "**Preliminary Qualified Bid**").

9.    **Qualified Bids**. Only those bids that are Qualified Bids (defined below) will be considered by the Debtor, Auctioneer and Broker.

a. **Qualified Bid Requirements.** All bids and offers made by Qualified Bidders, including Preliminary Bids, are subject to the following terms and conditions ("**Qualified Bids**"):

    i. Such bid must give sufficient indicia that the bidder or its representative is legally empowered, by power of attorney or otherwise, to both bid on behalf of the bidder and also complete and sign, on behalf of the bidder, a binding and enforceable Sale Agreement.

    ii. Bidders must have delivered to Auctioneer on or before the Bid Deadline written evidence of the Bidder's ability to consummate the transaction as required by Debtor.

    iii. If one or more bids are received, the Debtor and Auctioneer will evaluate in their sole discretion which, if any, of such bids should be deemed Qualified Bids for purposes of participating in the Auction as described below.

b. The Debtor, Auctioneer and/or Broker may request additional information from a bidder to evaluate the bidder's ability to consummate a transaction and to fulfill its obligations in connection therewith, and such bidder shall be obligated to provide such information.

c. Each bidder, as a consequence of submitting a bid, shall be deemed to acknowledge: (i) that it is bound by these Bid Procedures; (ii) that it had an opportunity to inspect and examine the applicable Property and to review all pertinent documents and information with respect to the applicable Property before making its offer and that each such bidder relied solely on that review and upon its own investigation and inspection in making its bid; (iii) except as expressly provided for in the sale agreement accompanying its bid, such bidder is not relying upon any written or oral statements, representations or warranties of the Debtor, its agents, or representatives; and (iv) that it waives any claim for administrative expense or otherwise based upon its participation in bidding.

10.    **Auction.** If Broker (M&M) receives one or more Preliminary Qualified Bids on or before the scheduled date of the Auction (*i.e.* June 6, 2022 at 12:00 p.m. EST) (the "**Auction Date**"), the Auction will be conducted on the Auction Date online through Ten-X's website. If the Broker does not receive any Qualified Bids prior to the Auction Date, then no Auction will be held.

a. <u>Starting Bid.</u> At the commencement of the Auction, Auctioneer will announce the best Preliminary Qualified Bid received to date for the Property and will open the Auction for other Qualified Bidders to improve upon their bid.

b. <u>Terms of Overbids</u>**.** "Overbid" shall mean any cash bid made at the auction that complies with the following conditions.

    i. <u>Overbid increments</u>. *Minimum overbid increment*. Any Overbid shall be in increments of at least $100,000.00 (the "**Overbid Increment**").

    ii. <u>Bidding order.</u> Bidding shall be open, beginning on **June 6, 2022,** at **12:00 p.m. EST (10:00 a.m. MST),** to any Qualified Bidder at the opening of the Auction. Bidders shall have until the close of the Auction on **June 8, 2022,** with an afternoon closing time to be determined approximately 30 days prior to the Auction. Typically, the close time for auctions it is between 12:00 – 4:00 p.m. EST to submit bids. Bidding shall continue in the same order until the highest and best offer (the "**Winning Bidder**") is received at the conclusion of the Auction, subject to Court approval, and the Winning Bidder will be required to enter into a Sale Agreement.

    iii. <u>Acceptance of contract terms.</u> By submitting an Overbid, each bidder agrees to be bound and to subsequently execute Purchase and Sale Agreement (as consensually modified by the parties, if appropriate) for the applicable Property before the Auction is deemed closed. Closing of the sale shall occur on a date mutually agreed upon by the Debtor and the Winning Bidder within five (5) business days of entry of an Order from the Court approving the sale.

    iv. <u>Overbid alterations</u>. Each Overbid must contain the Overbid Increment but may contain alterations, modifications, additions, or deletions of any terms of the prior bid that are no less favorable to the Bankruptcy Estate than any prior Overbid, as determined by the Debtor's sole reasonable business judgment.

c. The auction shall not close unless and until all Qualified Bidders have been given a reasonable opportunity to submit an Overbid to the then prevailing highest bid. Such acceptance by the Auctioneer of the Winning Bid is conditioned upon approval by the Bankruptcy Court of the Winning Bid.

d. <u>Late bids not considered</u>. The Auctioneer shall not consider any bids or Overbids submitted after the conclusion of the auction without further order of the Bankruptcy Court, and any such bids or Overbids shall be deemed untimely absent further Court order.

e. <u>Credit Bidding by the Secured Lender:</u> Should Pangea wish to credit bid its secured debt at the Auction and offset such debt against the purchase price for the Property, its credit shall be no less than the Reserve Price, as defined herein.

f. <u>Sale Hearing</u>. As soon as reasonably practicable after closing the auction, the Debtor shall cause the fully-executed Sale Agreement for the Winning Bid to be filed with the Court in advance of a Sale Hearing, of which all creditors and parties in interest will receive advance notice. A final hearing to approve the sale of the Property to the Winning Bidder (the "Sale Hearing") shall be scheduled as soon as practicable, as the Court's schedule permits, of which Debtor will provide advance notice to the Winning Bidder and all creditors and parties to whom notice is required.

11.    **Terms of the Sale**. The Debtor agrees to sell the Property to the highest bidder or otherwise best offer for the Estate, "Absolute" as is, with no buy-backs, or persons bidding for the Debtor.

12.    **Duties**. The respective duties of the Auctioneer and the Broker shall be as follows:

a. **Auctioneer's Duties**:  Auctioneer shall use its best efforts to procure buyers for the Estate Asset and to sell the Property subject to the terms and conditions herein at public auction. Auctioneer shall:

    i. Review and compile relevant information concerning the Property and other relevant factors for dissemination to prospective buyers;

    ii. Review and analyze materials provided by participants in order to qualify to place bids at the Auction and promptly provide such information and conclusions to the Debtor and its attorneys;

    iii. Prepare and distribute sales brochures and related information to prospective buyers to ensure an efficient and effective auction.

    iv. Conduct the auction.

> v. Provide sales staff, computer equipment and appropriate programs, auctioneer and related support staff as necessary at the direction of Auctioneer for the efficient and effective conduct of the auction.

b. **Broker's Duties**. Broker shall use its best efforts to procure buyers for the Estate Asset and to sell the Property subject to the terms and conditions set forth herein at a public auction. Broker shall:

> i. Review and compile relevant information concerning the Property and other relevant factors for dissemination to prospective buyers.

> ii. List the property for sale by public auction to be conducted by Ten-X.

> iii. Market the Property in advance of the Auction to promote interest from prospective buyers of the Property;

> iv. Facilitate previews/showings and open houses at the Property in advance of the Auction in order to ensure a successful auction;

> v. Keep Debtor and its attorneys reasonably apprised of any discussions with or requests to negotiate by prospective buyers.

13. **Auctioneer's and Broker's Authority**. Debtor authorizes the Auctioneer and Broker, as well as their respective agents as follows:

a. **Auctioneer's Authority.** Debtor authorizes Auctioneer and Auctioneer's agents, employees and representatives to:

> i. Advertise the Property by means and methods as Auctioneer determines are appropriate;

> ii. Provide disclosures on the Property as requested by prospective buyers;

> iii. Furnish comparative marketing and sales information about other assets to prospective buyers;

> iv. Disseminate information about the Property to interested buyers and their agents;

    v.   Obtain information from any holder of any note secured by a lien on the Property;

    vi.   Upon a final and closed sale of the Property, disclose the sales price and terms of sale to other appraisers or other professions; and

    vii.   Coordinate with the title company for receipt of the Earnest Money Deposits received prior to the Auction.

b.   **Broker's Authority.** Debtor authorizes Broker and Broker's agents, employees and representatives to:

    i.   List the Property for sale by auction;

    ii.   Advertise the Property by means and methods as Broker determines are appropriate;

    iii.   Conduct showings and open-houses in advance of the scheduled auction date;

    iv.   Provide disclosures on the Property as requested by prospective buyers;

    v.   Furnish comparative marketing and sales information about other assets to prospective buyers;

    vi.   Disseminate information about the Property to interested buyers and their agents; and

    vii.   Obtain information from any holder of any note secured by a lien on the Property.

14.    **No Collusion; Good-Faith *Bona Fide* Offer.** Each participant who submits a bid shall be required to (1) disclose at the auction any agreement it has or is contemplating with any other Bidder with respect to the auction or the Property, (2) confirm it has not engaged in any collusion with respect to the Sale or bidding designed to control the price, and (ii) confirm its Bid is a good-faith *bona fide* offer and that it intends to consummate the proposed transaction if selected as the Winning Bidder.

15.    **Identification Information.** The Winning Bidder (other than Pangea, if it credit bids) must fully disclose the identity of each entity or person that will be consummating the Sale or otherwise participating in connection with such Bid, and

the complete terms of any such participation, along with sufficient evidence that the Winning Bidder (other than Pangea, if it credit bids) and each such entity is legally empowered, by power of attorney or otherwise, to complete the Sale on the terms contemplated by the parties.

16.    **Reservation of rights**. The Debtor reserves its rights to modify these Bid Procedures in its reasonable business judgment in any manner that will best promote the goals of the bidding process, or impose, at or prior to the auction, additional customary terms and conditions on the sale of the Property, including, without limitation: (a) extending the deadlines set forth in these Bid Procedures; (b) adjourning the auction at the auction in open court without further notice; (c) adding procedural rules that are reasonably necessary or advisable under the circumstances for conducting the auction; (d) canceling the auction; and (e) rejecting any or all Bids.

17.    **Consent to jurisdiction**. All Bidders at the auction shall be deemed to have consented to the jurisdiction of the Bankruptcy Court and waived any right to a jury trial in connection with any disputes relating to the auction, the construction and enforcement of these bid procedures, and/or the bid documents, as applicable.

18.    **Disclaimer of Bid Protections.** Each Bid must disclaim any right to receive a fee analogous to a break-up fee, expense reimbursement, termination fee, or any other similar form of compensation ("**Bid Protections**"). For the avoidance of doubt, no Qualified Bidder (as defined herein) will be permitted to request, or be granted by the Debtors, at any time, whether as part of the Auction or otherwise, any Bid Protections of any kind, and by submitting its Bid is agreeing to refrain from and waive any assertion or request for reimbursement on any basis, including under section 503(b) of the Bankruptcy Code.