# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>KDA PROPERTIES, LLC,<br>EIN 82-4821525,<br><br>Debtor. | Case No.: 21-14821-EEB<br><br>Chapter: 11 |

## STIPULATION RESOLVING LIMITED OBJECTION TO DEBTOR'S MOTION TO APPROVE STIPULATION

Debtor-in-Possession, KDA Properties, LLC ("Debtor"), and Pangea Mortgage Capital, Inc. ("Pangea"), through their respective undersigned counsel, respectfully submit this Stipulation Resolving Pangea's Limited Objection to Debtor's Motion to Approve Stipulation (Dkt. No. 122), and state as follows:

1. On April 6, 2022, the Debtor and Pangea jointly filed a Stipulation Resolving Pangea's Objection to Plan of Reorganization and Motion to Dismiss. Docket No. 116.

2. On April 7, 2022, the Court entered an Order directing the Debtor to file a Motion to Approve the Stipulation, and to include details clarifying and explaining six (6) specified issues concerning the Stipulation.

3. On April 11, 2022, the Debtor filed its Motion to Approve Stipulation between Debtor and Pangea Mortgage Capital, Inc. Pursuant to Fed. R. Bankr. P. 9019(A) (the "Motion"). Docket No. 122.

4. On April 21, 2022, Pangea filed a Limited Objection to the Motion (Docket No. 136), in order to clarify the terms of the Stipulation as described in the Motion. Pangea and the

Debtor conferred regarding Pangea's Limited Objection prior to its filing, and the Debtor does not object to Pangea's clarifications set forth in the Limited Objection.

5. No other objections to the Motion were filed. Accordingly, with the Debtor's consent to Pangea's clarifications in the Limited Objection, there are no outstanding issues to resolve with respect to the Motion.

6. Accordingly, the Debtor and Pangea respectfully request that the Court enter an Order granting the Motion to Approve the Stipulation, subject to the clarifications made by Pangea in the Limited Objection.

DATED: April 26, 2022.

Jointly submitted,

**ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.**

*s/ Rachel A. Sternlieb*
Patrick D. Vellone, #15284
Jeffrey A. Weinman, #7605
Rachel A. Sternlieb, # 51404
1600 Stout Street, Suite 1900
Denver, CO 80202
Tel: (303) 534-4499
pvellone@allen-vellone.com
jweinman@allen-vellone.com
rsternlieb@allen-vellone.com

**ATTORNEYS FOR DEBTOR, KDA PROPERTIES, LLC**

**BROWN DUNNING WALKER FEIN P.C.**

*s/ David C. Walker*
Douglas W. Brown
David C. Walker
2000 South Colorado Blvd.
Tower Two, Suite 700
Tel: 303-329-3363
dbrown@bdwf-firm.com
dwalker@bdwf-firm.com

**ATTORNEYS FOR PANGEA MORTGAGE CAPITAL, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of April, 2022, I electronically filed the foregoing, with the Clerk of Court and a copy was served *via* CM/ECF, in accordance with the applicable Fed. R. Bankr. P and L.B.R. on the following:

Jeffrey Weinman
Weinman & Associates, P.C.
730 17th St., Ste. 240
Denver, CO 80202
jweinman@weinmanpc.com

Alison Goldenberg
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294
Alison.Goldenberg@usdoj.gov

United States Trustee
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294
USTPRegion19.DV.ECF@usdoj.gov

Robert Graham
360 South Garfield Street, 6th Floor
Denver, CO 80209
bob@fostergraham.com

                                          s/ *Lisa R. Kraai*
                                          ALLEN VELLONE WOLF HELFRICH & FACTOR, P.C.