# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re:

KDA PROPERTIES, LLC
EIN: 82-4821525
    Debtor.

Case No.: 21-14821 EBB
Chapter: 11

**ORDER GRANTING DEBTOR-IN-POSSESSION'S MOTION FOR ORDER APPROVING SALE OF ESTATE PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES BY AUCTION PURSUANT TO 11 U.S.C. § 363(b) AND (f)**

THIS MATTER is before the Court on the Motion for Order Approving Sale of Estate Property Free and Clear of All Liens, Claims and Encumbrances by Auction Pursuant to 11 U.S.C. § 363(b) and (f) (the "Motion"), filed by Debtor-in-Possession, KDA Properties, LLC ("Debtor"). The Court, having reviewed the Application, is advised in the premises and there being good cause therefore,

IT IS HEREBY ORDERED that the Debtor's Motion is GRANTED.

IT IS FURTHER ORDERED that:

(a) the Debtor is authorized to sell the real property of the estate located at 1612 Wazee Street Denver Colorado 802021 (the "Property") by public auction to be conducted by Ten-X, LLC as set forth in the Debtor's Auction Motion (Defined in the Motion) and in Exhibit A thereto;

(b) The sale shall be free and clear of all liens, claims and encumbrances on the Property with any such liens, claims or encumbrances attaching to the proceeds of the sale to the same extent and in the same priority as its pre-sale lien.

---

[1] The legal description of the Property is set forth below:

    All that certain real property situated in the County of Denver, State of Colorado, described as follows:
        LOTS 13 AND 14, BLOCK 20, EAST DENVER
        CITY AND COUNTY OF DENVER, STATE OF COLORADO
    Commonly known as: 1612 Wazee Street, Denver, Colorado, 80202

(c) The Debtor, through the title company handling the sale closing, is authorized to utilize and distribute the sales proceeds to pay closing costs and other expenses associated with the Proposed Sale as set forth in the Motion, including delinquent property taxes owed, the Auctioneer's Transaction Fee, the Broker's commissions of 3% of the gross purchase price, as set forth in the Motion, the Ten-X Application, the M&M Application, and the attachments thereto;

(d) The remaining sales proceeds shall be disbursed in accordance with the Stipulation between the Debtor and Pangea Mortgage Capital, Inc., filed with the Court at Docket #116, and approved by separate order dated April 27, 2022.

(e) The Debtor is further authorized to execute all documents and take all actions necessary to effectuate the sale(s) of the Property.

DATED this 27th day of April, 2022.

BY THE COURT:

*Elizabeth E. Brown*

Hon. Elizabeth E. Brown
U.S. Bankruptcy Court Judge