| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 21-14821-EEB<br>District of Colorado<br>Denver<br>Thu Apr 28 09:29:35 MDT 2022 | Amin Suliaman<br>1612 Wazee Street<br>Denver, CO 80202-1314 | Bailey & Peterson, P.C.<br>7991 Shaffer Parkway<br>Suite 101<br>Littleton, CO 80127-3736 |
| Betty Campbell Trust<br>Kenneth Ware, Trustee<br>7225 S. Xanthia St.<br>Centennial, CO 80112-1918 | Bouwen Group<br>16806 W. 74th Place<br>Arvada, CO 80007-7955 | Bouwen Group, LLC<br>16843 West 75th Place<br>Arvada, CO 80007-7951 |
| Douglas W Brown<br>2000 S. Colorado Blvd.<br>Tower Two Ste., 700<br>Denver, CO 80222-7900 | Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-3000 | Douglas Brown, Esq.<br>Brown Dunning Walker P.C.<br>2000 S. Colorado Blvd.<br>Tower Two, Suite 700<br>Denver, CO 80222-7930 |
| Alison Goldenberg<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Robert Graham<br>360 South Garfield Street<br>6th Floor<br>Denver, CO 80209-3186 | IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| KDA PROPERTIES, LLC<br>1612 Wazee Street<br>Denver, CO 80202-1314 | Kenneth C. Ware<br>7225 S. Xanthia Street<br>Centennial, CO 80112-1918 | Nativ Denver, LLC<br>1612 Wazee Street<br>Denver, CO 80202-1314 |
| Pangea Mortgage Capital<br>549 W. Randolph Street<br>2nd Floor<br>Chicago, IL 60661-2208 | Pangea Mortgage Capital, LLC<br>549 West Randolf Street, Floor 2<br>Chicago, IL 60661-2208 | Securities and Exchange Commission<br>Central Regional Office<br>1961 Stout St.<br>Ste. 1700<br>Denver CO 80294-1700 |
| Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 | Rachel A. Sternlieb<br>Allen Vellone Wolf Helfrich & Factor PC<br>1600 Stout Street<br>Suite 1900<br>Denver, CO 80202-3156 | US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |
| David C. Walker<br>2000 S. Colorado Blvd<br>Tower Two Ste 700<br>Denver, CO 80222-7900 | Wazee Group, LLC<br>1020 15th Street<br>Unit 205<br>Denver, CO 80202-2399 | Jeffrey Weinman<br>Allen Vellone Wolf Helfrich & Factor P.C<br>1600 Stout Street<br>Suite 1900<br>Denver, CO 80202-3156 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Allen Vellone Wolf Helfrich & Factor P.C. | (u)Bouwen Group LLC | (u)Marcus & Millichap Real Estate Investment |

(u)Pangea Capital Mortgage, LLC     (u)Ten-X, LLC     (u)Weinman & Associates, P.C.

```
End of Label Matrix
Mailable recipients    23
Bypassed recipients     6
Total                  29
```