United States Bankruptcy Court
District of Colorado

In re:     Case No. 21-14821-EEB
KDA PROPERTIES, LLC     Chapter 11
     Debtor

## CERTIFICATE OF NOTICE

District/off: 1082-1    User: admin    Page 1 of 2
Date Rcvd: Apr 27, 2022    Form ID: pdf904    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

**Recip ID**    **Recipient Name and Address**
db    + KDA PROPERTIES, LLC, 1612 Wazee Street, Denver, CO 80202-1314

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**    **Name and Address**
br      Marcus & Millichap Real Estate Investment Services
auc      Ten-X, LLC

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2022      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:

**Name**    **Email Address**

Alison Goldenberg
     on behalf of U.S. Trustee US Trustee Alison.Goldenberg@usdoj.gov janice.hensen@usdoj.gov

David C. Walker
     on behalf of Creditor Pangea Capital Mortgage LLC dwalker@bbdfirm.com, jmellott@bbdfirm.com

Douglas W Brown
     on behalf of Creditor Pangea Capital Mortgage LLC dbrown@bbdfirm.com, jkreh@bdwf-firm.com

Jeffrey Weinman
     on behalf of Debtor KDA PROPERTIES LLC jweinman@allen-vellone.com,
     lkraai@allen-vellone.com;jweinmantrustee@outlook.com;allen-vellone@myecfx.com;la@allen-vellone.com

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 27, 2022 | Form ID: pdf904 | Total Noticed: 1 |

Jeffrey Weinman
    on behalf of Attorney Weinman & Associates  P.C. jweinman@allen-vellone.com, lkraai@allen-vellone.com;jweinmantrustee@outlook.com;allen-vellone@myecfx.com;la@allen-vellone.com

Rachel A. Sternlieb
    on behalf of Attorney Allen Vellone Wolf Helfrich & Factor P.C. rsternlieb@allen-vellone.com la@allen-vellone.com,allen-vellone@myecfx.com,testfirm1@dev.ecfxmail.com

Rachel A. Sternlieb
    on behalf of Debtor KDA PROPERTIES  LLC rsternlieb@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com,testfirm1@dev.ecfxmail.com

Robert Graham
    on behalf of Creditor Bouwen Group LLC bob@fostergraham.com  vgreene@fostergraham.com

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>KDA PROPERTIES, LLC,<br>EIN 82-4821525,<br><br>Debtor. | Case No.: 21-14821-EEB<br><br>Chapter: 11 |

### ORDER APPROVING STIPULATION RESOLVING OBJECTION TO DEBTOR'S AMENDED PLAN OF REORGANIZATION AND PANGEA MORTGAGE CAPITAL, LLC'S MOTION TO DISMISS

THIS MATTER having come before the Court on the Stipulation Resolving Objection to Debtor's Amended Plan of Reorganization and Pangea Mortgage Capital, LLC's Motion to Dismiss, jointly submitted by KDA Properties, LLC ("Debtor") and Pangea Mortgage Capital, LLC ("Pangea"); the Court having reviewed the Stipulation and its file with respect to this matter; and being advised in the premises, hereby finds

The Stipulation is APPROVED, and its terms are hereby adopted and made an Order of this Court. The Court will enter separate Orders granting: (i) the Debtor's Applications to Employ both Ten-X, LLC as auctioneer (Dkt. No. 96) and Marcus & Millichap as broker (Dkt. No. 99) to conduct a public auction for the sale of the Property; (ii) the Debtor's Motion for Order to (1) Authorize and Schedule an Auction to Solicit Bids for the Sale of Debtor's Real Property, (2) Approve Auction and Bid Procedures, and (3) Schedule a Hearing to Consider Approval of the Sale (Dkt. No. 102); and (iii) the Debtor's Motion to Approve Sale of Estate Property Free and Clear of All Liens, Claims, and Encumbrances by Auction Pursuant to 11 U.S.C. § 363(b) and (f) (Dkt. No. 105); all of which shall be subject to the terms set forth in the Stipulation.

Dated: this 27th day of April, 2022

BY THE COURT:

*Elizabeth E. Brown*

Hon. Elizabeth E. Brown
U.S. Bankruptcy Court Judge

2